# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Urban Sustainability Directors Network, et

**v.**

U.S. Department of Agriculture et al.

**Case No:** 25-5370

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Urban Sustainability Directors Network | Institute for Agriculture and Trade Policy |
| Oakville Bluegrass Cooperative | |
| Agroecology Commons | |
| Providence Farm Collective Corp. | |

### Counsel Information

**Lead Counsel:** David S. Muraskin

**Direct Phone:** (267) 761-8448  **Fax:** (978) 845-2282  **Email:** david@farmstand.org

**2nd Counsel:** Holly Bainbridge

**Direct Phone:** (520) 591-6803  **Fax:** (978) 845-2282  **Email:** holly@farmstand.org

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** FarmSTAND

**Firm Address:** 712 H St NE Suite 2534, Washington, DC 20002

**Firm Phone:** (202) 595-8816  **Fax:** (978) 845-228  **Email:** info@farmstand.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)