# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Urban Sustainability Directors Network, et

**v.**

U.S. Department of Agriculture, et al.

**Case No:** 25-5370

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Urban Sustainability Directors Network

Oakville Bluegrass Cooperative

Agroecology Commons

Providence Farm Collective Corp.

Institute for Agriculture and Trade Policy

### Counsel Information

Lead Counsel: Carrie Apfel

Direct Phone: (202) 797-4310  Fax: (202) 667-2356  Email: capfel@earthjustice.org

2nd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Earthjustice

Firm Address: 1001 G St. NW Suite 1000, Washington, DC 20001

Firm Phone: (202) 667-4500  Fax: (202) 667-2356  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)