# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5370        2. DATE DOCKETED: 10-17-2025

3. CASE NAME (lead parties only) Urban Sustainability Dirs. Network v. U.S. Dep't of Agric.

4. TYPE OF CASE:  ☒ District Ct - ● US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ● No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.        Bankruptcy Court Docket No.       Tax Court Docket No.
      Civil Action 1:25-cv-1775-BAH    Bankruptcy _____            Tax _____
      Criminal _____                 Adversary _____
      Miscellaneous _____            Ancillary _____

   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell        Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 08-14-2025    e. Date notice of appeal filed: 10-10-2025

   f. Has any other notice of appeal been filed in this case?  ○ Yes  ● No    If YES, date filed: _____

   g. Are any motions currently pending in trial court?  ○ Yes  ● No    If YES, date filed: _____
      If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ● Yes  ○ No
      If NO, why not? _____

   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # _____  ● No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ● No If YES, give each case's court and case name, and docket number:
      _____

   k. Does this case turn on validity or correct interpretation or application of a statute?  ● Yes  ○ No
      If YES, give popular name and citation of statute Tucker Act, 28 U.S.C. § 1491

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No    If so, provide program name and participation dates
   _____

Signature /s/ Simon Gregory Jerome        Date 11-17-2025
Name of Party Federal government defendants-appellants
Name of Counsel for Appellant/Petitioner Simon G. Jerome
Address 950 Pennsylvania Ave. N.W., Washington, D.C. 20530
Phone ( 202 )  514-1673    Fax ( ___ ) ___ - ___

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)