**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants-Appellants. | No. 25-5370 |

**NONBINDING STATEMENT OF ISSUES
TO BE RAISED ON APPEAL**

Defendants-appellants anticipate raising the following issue:

Whether the district court erred in entering a preliminary injunction obligating the federal government to reinstate five grant agreements between federal agencies and grant recipients and to disburse monies pursuant thereto, and further prohibiting the federal government from terminating a sixth grant agreement.

Respectfully submitted,

DANIEL TENNY

*/s/ Simon Gregory Jerome*
SIMON GREGORY JEROME
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7209*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  (202) 514-1673

Dated: November 17, 2025