# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5370**

**September Term, 2025**

**1:25-cv-01775-BAH**

**Filed On: December 5, 2025** [2148944]

Urban Sustainability Directors Network, et al.,

      Appellees

      v.

United States Department of Agriculture, et al.,

      Appellants

## O R D E R

Upon consideration of appellees' motion to hold appeal in abeyance pending outcome of related cases, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the issuance of this court's mandate in No. 25-5248, Vera Institute of Justice v. United States Dep't of Justice, or No. 25-5122, et al., Climate United Fund v. Citibank, N.A., whichever is later.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Catherine J. Lavender
                Deputy Clerk